UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LORENZO GARCIA,

Plaintiff,

v.

ELKO COUNTY JAIL, et al.,

Defendants.

Case No. 3:12-cv-00599-MMD-WGC

ORDER

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On December 17, 2012, the court entered an order directing plaintiff to file a proper complaint using the forms to be provided by the Clerk. Plaintiff was given a period of forty-five 45)days to file. Dkt. no. 5. That period of time has long expired and no complaint has been submitted. Therefore, the action shall be dismissed.

IT IS THEREFORE ORDERED that the action is DISMISSED. Clerk shall close the file.

DATED THIS 29th day of May 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE